**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RICH-N-TONE CALLS, INC.**                                                                    **PLAINTIFF**
    An Arkansas Corporation

v.                         Case No. 5:13-CV-00064-KGB

**ETGAZ, INC.**                                                                                        **DEFENDANT**
    A Utah Corporation

## ORDER

Plaintiff Rich-N-Tone Calls, Inc., has filed a notice of dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 5). Accordingly, this action is dismissed with prejudice. Each party shall bear its own costs, attorney's fees, and expenses.

SO ORDERED this 14th day of August, 2013.

_____
Kristine G. Baker
United States District Judge